MESSINA, Respondent, v. BERGMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by Pietro Messina, as administratrix, against Morris Bergman. A. I. Elkus, for appellant. R. Maggio, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MEYER et al., Respondents, v. McLEOD, Appellant. et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Cord Meyer, Jr., and Christian M. Meyer, as executors, etc., against David A. McLeod, individually and as administrator of the estate of Eliza Tilton, deceased, and another. No opinion. Judgment affirmed, with costs.

BURR, J., concurs on the ground that the objection was not raised as to the question argued.

---

MEYERS, Respondent, v. BRICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Frank L. Meyers against Hattie Burge Brick.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SPRING, J., dissents.

---

MILLER et al., Respondents, v. ALLEN, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Benjamin Miller and another against Clara L. Allen. No opinion. Motion denied, with costs. See, also, 115 N. Y. Supp. 253.

---

MILLER, Respondent, v. SENECA RIVER POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by John Charles Miller against the Seneca River Power Company and others. No opinion. Judgment and order affirmed, with costs.

---

MILLER, Respondent, v. UNITED STATES ELECTRO GALVANIZING CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Luke Miller against the United States Electro Galvanizing Company and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

MILLER, Respondent, v. UVALDE ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Charles H. Miller against the Uvalde Asphalt Paving Company. No opinion. Motion denied, without costs. See, also, 118 N. Y. Supp. 885.

---

MILTON SCHNAIER & CO. v. GRIGSBY. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Milton Schnaier & Company against Emilie B. Grigsby. No opinion. Motion for reargument de-

nied. Motion for leave to appeal granted. Order filed. See, also, 117 N. Y. Supp. 455.

---

MITCHELL, Respondent, v. HURD et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Donald Mitchell against Ebenezer Hurd and another. W. H. Wadhams, for appellants. H. Smith, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MIXER, Appellant, v. ADAM, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Knowlton Mixer against James N. Adam, as mayor, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re MOESER. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of George Moeser. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed.

---

In re MOESER. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of George Moeser. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

MOESER v. VON WILMOWSKY. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by George Moeser against Felix F. Von Wilmowsky. With this case has been consolidated in this court cases bearing titles as follows: Patrick Gallagher v. Mary Gallagher; William Carter v. Edwin Hess et al.; Same v. Italian Swiss Colony et al.; Same v. John Holl et al.; Same v. Pneumatic Whitewash Co. No opinions. Motions granted, unless appellants have appeals ready for October term. Orders filed.

---

MONROE, Respondent, v. AUBURN & S. ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Martin U. Monroe against the Auburn & Syracuse Electric Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $4,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

---

MONTROSE, Appellant, v. LEVENSON et al., Respondents. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by George H. Montrose against Michael Levenson and another. G. Ryall, for appellant. E. W. S. Johnston, for respondents. No